IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: TLI COMMUNICATIONS LLC )
PATENT LITIGATION )
)
_____) MDL No. 1:14md2534
)
This document relates to ALL member cases )
_____)

## ORDER

Before the Court is The Plaintiff's Motion for Leave to File a Response to the Supplemental Briefing By Defendants Facebook and Instagram In Support of the Motion to Stay Pending *Inter Partes* Review.

For good cause,

It is hereby **ORDERED** that the Motion is granted.

Alexandria, Virginia
August __/__, 2014

_____
T. S. Ellis, III
United States District Judge

/s/ _____
T. S. Ellis, III
United States District Judge